# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

PAULINE AMANDA PAZ,

    **Plaintiff,**

vs.

NANCY A. BERRYHILL,
**Acting Commissioner of Social Security,**

    **Defendant.**

CIV. NO. 1:18-cv-00608-SMV

**ORDER**

    Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court (Doc. 21), pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

    Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings as set forth above.[1]  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

                        BY THE COURT:

                        _____
                        THE HONORABLE STEPHAN M. VIDMAR
                        UNITED STATES MAGISTRATE JUDGE

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

*Submitted on March 7, 2019 by*
/s Kathryn C. Bostwick
KATHRYN C. BOSTWICK
Attorney for Defendant
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, CO 80294-4003
(303) 844-7025
kathryn.bostwick@ssa.gov


*Electronically approved on March 7, 2019 by*
/s Michael D. Armstrong
MICHAEL D. ARMSTRONG
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
(505) 890-9056
michaelarm@michaelarmstronglaw.com